FILED
2019 Jul-03  PM 02:54
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit A

ELECTRONICALLY FILED
7/25/2019 11:12 AM
01-CV-2019-901336.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
JACQUELINE ANDERSON  SMITH, CLERK

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93   Rev. 9/18 | **COVER SHEET**<br>**CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Cas<br>01<br><br>Date of Filing:<br>03/25/2019 | Judge Code: |

## GENERAL INFORMATION

**IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA**
**KIMBERLY CATRICE JONES v. RONALD HUGH GUFFEY**

**First Plaintiff:** ☐ Business  ☑ Individual   **First Defendant:** ☐ Business  ☑ Individual
 ☐ Government  ☐ Other    ☐ Government  ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
☐ WDEA - Wrongful Death
☐ TONG - Negligence: General
☑ TOMV - Negligence: Motor Vehicle
☐ TOWA - Wantonness
☐ TOPL - Product Liability/AEMLD
☐ TOMM - Malpractice-Medical
☐ TOLM - Malpractice-Legal
☐ TOOM - Malpractice-Other
☐ TBFM - Fraud/Bad Faith/Misrepresentation
☐ TOXX - Other:_____

**TORTS: PERSONAL INJURY**
☐ TOPE - Personal Property
☐ TORE - Real Properly

**OTHER CIVIL FILINGS**
☐ ABAN - Abandoned Automobile
☐ ACCT - Account & Nonmortgage
☐ APAA - Administrative Agency Appeal
☐ ADPA - Administrative Procedure Act
☐ ANPS - Adults in Need of Protective Services

**OTHER CIVIL FILINGS  (cont'd)**
☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/<br>Enforcement of Agency Subpoena/Petition to Preserve
☐ CVRT - Civil Rights
☐ COND - Condemnation/Eminent Domain/Right-of-Way
☐ CTMP - Contempt of Court
☐ CONT - Contract/Ejectment/Writ of Seizure
☐ TOCN - Conversion
☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/<br>Injunction Election Contest/Quiet Title/Sale For Division
☐ CVUD - Eviction Appeal/Unlawful Detainer
☐ FORJ - Foreign Judgment
☐ FORF - Fruits of Crime Forfeiture
☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
☐ PFAB - Protection From Abuse
☐ EPFA - Elder Protection From Abuse
☐ FELA - Railroad/Seaman (FELA)
☐ RPRO - Real Property
☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
☐ COMP - Workers' Compensation
☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:   F** ☑ **INITIAL FILING**   **A** ☐ **APPEAL FROM**   **O** ☐ **OTHER**
           **DISTRICT COURT**

          **R** ☐ **REMANDED**   **T** ☐ **TRANSFERRED FROM**
                     **OTHER CIRCUIT COURT**

**HAS JURY TRIAL BEEN DEMANDED?** ☐ YES ☑ NO   **Note:** Checking "Yes" does not constitute a demand for a<br>jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:**    ☑ **MONETARY AWARD REQUESTED** ☐ **NO MONETARY AWARD REQUESTED**

**ATTORNEY CODE:**

_____POW057_____    _____3/25/2019 11:12:05 AM_____    /s/ ROLESSA LAVELLE POWELL
             Date      Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:**    ☐ YES ☑ NO  ☐ UNDECIDED

**Election to Proceed under the Alabama Rules for Expedited Civil Actions:** ☐ YES ☑ NO

ELECTRONICALLY FILED
3/25/2019 11:12 AM
01-CV-2019-901336.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
JACQUELINE ANDERSON  SMITH, CLERK

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
BIRMINGHAM DIVISION

| | |
|---|---|
| KIMBERLY CATRICE JONES | ) |
| | ) |
| | ) |
| PLAINTIFF, | ) |
| VS. | ) |
| | ) |
| RONALD HUGH GUFFEY | ) |
| DEFENDANT. | ) |

## COMPLAINT

COMES NOW the Plaintiff, Kimberly Catrice Jones, by and through her

attorney, Rolessa Powell Coleman, and files this Complaint the Defendant,

Ronald Hugh Guffey and for cause would respectfully state unto the Court the
following to wit:

I.

The Plaintiff, Kimberly Catrice Jones is a resident of Jefferson County,

Alabama and over the age of 19.

II.

The Defendant, Ronald Hugh Guffey is a resident of Jefferson County

and may be served with process of this Honorable Court at 147 Oxford Road

Lexington, NC 27292.

III.

That on the 22nd day of May 2018, the Plaintiff, Kimberly Catrice Jones

was injured when Ronald Hugh Guffey negligently operated his vehicle and the

plaintiff sustained bodily injuries and damaged to his motor vehicle.

IV.

The Defendant, Ronald Hugh Guffey, breached his duty to the

Plaintiff in the following manners:

(a) in negligently failing to maintain control of his motor vehicle;
(b) in negligently failing to exercise reasonable care in the operation of his vehicle;
(c) in negligently failing to maintain proper lookout when operating his motor vehicle;
(d) in negligently failing to abide by state, city, and county statutes when operating a motor vehicle.

V.

The Plaintiff bring suit and demand damages within the jurisdictional

limitations of this Court.

Respectfully submitted

/s/Rolessa L. Coleman
Rolessa P. Coleman (POW057)
Attorney for Plaintiff
714 32nd Street South
Birmingham, AL 35233
(205) 224-4463



AlaFile E-Notice

01-CV-2019-901336.00

To:  ROLESSA LAVELLE POWELL
     EPH41112@AOL.COM

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLY CATRICE JONES V. RONALD HUGH GUFFEY
01-CV-2019-901336.00

The following complaint was FILED on 3/25/2019 11:12:54 AM

Notice Date:     3/25/2019 11:12:54 AM

JACQUELINE ANDERSON  SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2019-901336.00

To:  RONALD HUGH GUFFEY
     147 OXFORD ROAD
     LEXINGTON, NC, 27292

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLY CATRICE JONES V. RONALD HUGH GUFFEY
01-CV-2019-901336.00

The following complaint was FILED on 3/25/2019 11:12:54 AM

Notice Date:     3/25/2019 11:12:54 AM

JACQUELINE ANDERSON  SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>01-CV-2019-901336.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
### KIMBERLY CATRICE JONES V. RONALD HUGH GUFFEY

**NOTICE TO:** RONALD HUGH GUFFEY, 147 OXFORD ROAD, LEXINGTON, NC 27292

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), ROLESSA LAVELLE POWELL                                                                                                      ,

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: 714 32ND STREET S, BIRMINGHAM, AL 35233                          .

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of KIMBERLY CATRICE JONES
pursuant to the Alabama Rules of the Civil Procedure.

*[Name(s)]*

| 3/25/2019 11:12:54 AM | /s/ JACQUELINE ANDERSON  SMITH | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.          /s/ ROLESSA LAVELLE POWELL

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____.

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

*(Name of Person Served)*          *(Name of County)*

Alabama on _____.

*(Date)*

_____  _____          _____

*(Type of Process Server)*   *(Server's Signature)*            *(Address of Server)*

_____          _____

*(Server's Printed Name)*          *(Phone Number of Server)*



# NOTICE TO CLERK

REQUIREMENTS FOR COMPLETING SERVICE BY
CERTIFIED MAIL OR FIRST CLASS MAIL

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
KIMBERLY CATRICE JONES V. RONALD HUGH GUFFEY

01-CV-2019-901336.00

To:  CLERK BIRMINGHAM
clerk.birmingham@alacourt.gov

TOTAL POSTAGE PAID: $12.25

Parties to be served by Certified Mail - Return Receipt Requested

Parties to be served by Certified Mail - Restricted Delivery - Return Receipt Requested

RONALD HUGH GUFFEY                                    Postage: $12.25
147 OXFORD ROAD
LEXINGTON, NC 27292

Parties to be served by First Class Mail

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $ _____
☐ Return Receipt (electronic)      $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required         $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage
$
Total Postage and Fees
$

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047        See Reverse for Instructions

7018 2290 0000 5740 0283

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

RONALD HUGH GUFFEY
147 OXFORD ROAD
LEXINGTON, NC 27292

9590 9402 4424 8248 9396 96

2. Article Number (Transfer from service label)
7018 2290 0000 5740 0283

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee
B. Received by (Printed Name)        C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

CW19 901336

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☑ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053        Domestic Return Receipt



FILED IN OFFICE
CIRCUIT CIVIL DIVISION

APR 24 2019

JACQUELINE ANDERSON SMITH
CLERK

IV.

The Defendant, Ronald Hugh Guffey, breached his duty to the

Plaintiff in the following manners:

    (a) in negligently failing to maintain control of his motor vehicle;

    (b) in negligently failing to exercise reasonable care in the operation of his vehicle;

    (c) in negligently failing to maintain proper lookout when operating his motor vehicle;

    (d) in negligently failing to abide by state, city, and county statutes when operating a motor vehicle.

V.

The Plaintiff bring suit and demand damages within the jurisdictional

limitations of this Court.

Respectfully submitted

/s/Rolessa L. Coleman
Rolessa P. Coleman (POW057)
Attorney for Plaintiff
714 32nd Street South
Birmingham, AL 35233
(205) 224-4463

*I deny negligence of*
*(A)*
*(B)*
*(C)*
*(d)*

*Ronald Hugh Guffey*

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>01-CV-2019-901336.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA**
**KIMBERLY CATRICE JONES V. RONALD HUGH GUFFEY**

NOTICE TO: RONALD HUGH GUFFEY, 147 OXFORD ROAD, LEXINGTON, NC 27292

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), ROLESSA LAVELLE POWELL

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 714 32ND STREET S, BIRMINGHAM, AL 35233

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of KIMBERLY CATRICE JONES

pursuant to the Alabama Rules of the Civil Procedure.                         *[Name(s)]*

| 3/25/2019 11:12:54 AM | /s/ JACQUELINE ANDERSON  SMITH | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.        /s/ ROLESSA LAVELLE POWELL

*(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on _____

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

in _____ County,

*(Name of Person Served)*            *(Name of County)*

Alabama on _____.

*(Date)*

| | *(Address of Server)* |
|---|---|
| *(Type of Process Server)* | *(Server's Signature)* |
| | *(Server's Printed Name)* | *(Phone Number of Server)* |

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

RONALD HUGH GUFFEY

147 OXFORD ROAD

LEXINGTON, NC 27292

9590 9402 4424 8248 9396 96

2. Article Number *(Transfer from service label)*

7018 2290 0000 5740 0283

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

☐ Agent

☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No



3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☑ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ...ail
☐ ...ail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053

Domestic Return Receipt

USPS TRACKING #



9590 9402 4424 8248 9396 96

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

* Sender: Please print your name, address, and ZIP+4® in this box•

JACQUELINE ANDERSON SMITH, CLERK
ROOM 400 JEFF CO COURTHOUSE
716 RICHARD ARRINGTON JR BLVD., NO.
BIRMINGHAM, ALABAMA 35203

FILED IN OFFICE
CIRCUIT CIVIL DIVISION
APR 15 2019
JACQUELINE ANDERSON SMITH
CLERK



AlaFile E-Notice

01-CV-2019-901336.00

Judge: TAMARA HARRIS JOHNSON

To: COLEMAN ROLESSA POWELL
EPH41112@AOL.COM

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLY CATRICE JONES V. RONALD HUGH GUFFEY
01-CV-2019-901336.00

The following matter was served on 4/9/2019

**D001 GUFFEY RONALD HUGH**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON  SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov

ELECTRONICALLY FILED
5/13/2019 5:48 PM
01-CV-2019-901336.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
JACQUELINE ANDERSON  SMITH, CLERK

# STATE OF ALABAMA

Revised 3/5/08

**Unified Judicial System**

01-JEFFERSON

☐ District Court   ☑ Circuit Court

Cas...

CV2...

| KIMBERLY CATRICE JONES V. RONALD HUGH GUFFEY | **CIVIL MOTION COVER SHEET** |
| | *Name of Filing Party:*C001 - JONES KIMBERLY CATRICE |

*Name, Address, and Telephone No. of Attorney or Party. If Not Represented.*

ROLESSA LAVELLE POWELL

714 32ND STREET S

BIRMINGHAM, AL 35233

*Attorney Bar No.:* POW057

☐ Oral Arguments Requested

## TYPE OF MOTION

| Motions Requiring Fee | Motions Not Requiring Fee |
|---|---|
| ☐ Default Judgment ($50.00) | ☐ Add Party |
| ☐ Joinder in Other Party's Dispositive Motion (i.e. Summary Judgment, Judgment on the Pleadings, or other Dispositive Motion not pursuant to Rule 12(b)) ($50.00) | ☐ Amend |
| | ☐ Change of Venue/Transfer |
| | ☐ Compel |
| ☐ Judgment on the Pleadings ($50.00) | ☐ Consolidation |
| ☐ Motion to Dismiss, or in the Alternative Summary Judgment ($50.00) | ☐ Continue |
| | ☐ Deposition |
| ☐ Renewed Dispositive Motion (Summary Judgment, Judgment on the Pleadings, or other Dispositive Motion not pursuant to Rule 12(b)) ($50.00) | ☐ Designate a Mediator |
| | ☐ Judgment as a Matter of Law (during Trial) |
| ☐ Summary Judgment pursuant to Rule 56 ($50.00) | ☐ Disburse Funds |
| ☐ Motion to Intervene ($297.00) | ☐ Extension of Time |
| ☐ Other _____ | ☐ In Limine |
| pursuant to Rule _____ ($50.00) | ☐ Joinder |
| | ☐ More Definite Statement |
| *Motion fees are enumerated in §12-19-71(a). Fees pursuant to Local Act are not included. Please contact the Clerk of the Court regarding applicable local fees. | ☐ Motion to Dismiss pursuant to Rule 12(b) |
| | ☐ New Trial |
| | ☐ Objection of Exemptions Claimed |
| ☐ Local Court Costs $ 0 | ☐ Pendente Lite |
| | ☐ Plaintiff's Motion to Dismiss |
| | ☐ Preliminary Injunction |
| | ☐ Protective Order |
| | ☐ Quash |
| | ☐ Release from Stay of Execution |
| | ☐ Sanctions |
| | ☐ Sever |
| | ☐ Special Practice in Alabama |
| | ☐ Stay |
| | ☐ Strike |
| | ☐ Supplement to Pending Motion |
| | ☐ Vacate or Modify |
| | ☐ Withdraw |
| | ☑ Other   Motion to Set for Trial |
| | pursuant to Rule Motion to Set for Trial (Subject to Filing Fee) |

Check here if you have filed  or are filing contemporaneously with this motion an Affidavit of Substantial Hardship or if you are filing on behalf of an agency or department of the State, county, or municipal government. (Pursuant to §6-5-1 Code of Alabama (1975), governmental entities are exempt from prepayment of filing fees) ☐

Date:

5/13/2019 5:47:24 PM

Signature of Attorney or Party

/s/ ROLESSA LAVELLE POWELL

*This Cover Sheet must be completed and submitted to the Clerk of Court upon the filing of any motion. Each motion should contain a separate Cover Sheet.

**Motions titled 'Motion to Dismiss' that are not pursuant to Rule 12(b) and are in fact Motions for Summary Judgments are subject to filing fee.

ELECTRONICALLY FILED
5/13/2019 5:48 PM
01-CV-2019-901336.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
JACQUELINE ANDERSON  SMITH, CLERK

**IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALAB AMA
BIRMINGHAM DIVISION**

| | |
|---|---|
| **KIMBERLY CATRICE JONES,** | ) |
| **PLAINTIFF,** | ) **CASE NO: DR2019 901336.00** |
| | ) |
| **VS.** | ) |
| | ) |
| **RONALD HUGH GUFFEY,** | ) |
| **DEFENDANT.** | ) |

**MOTION TO SET FOR TRIAL AND SCHEDULING ORDER**

COMES NOW, Kimberly Catrice Jones by and through her attorney of record and file this motion to set for trial on the following grounds:

1.      Plaintiff's case has not been resolved among the parties.

2.      Defendant has filed an answer and this cause need to be set for trial.

WHEREFORE PREMISES CONSIDERED, the Attorney of record moves this Court to grant this motion to set for trial on the above stated grounds.

Respectfully submitted,
/s/Rolessa L. Coleman
Rolessa L. Coleman
Attorney for Plaintiff
714 32nd Street South
Birmingham, AL  35233
(205) 224-4463

**CERTIFICATE OF SERVICE**

This certificate of service is to certify that a copy of this Motion to Set for Trial was served on Defendant via US Mail Ronald Guffey 147 Oxford Road Lexington, NC 27292.

OF COUNSEL
Rolessa Coleman



AlaFile E-Notice

01-CV-2019-901336.00

Judge: TAMARA HARRIS JOHNSON

To:   ROLESSA LAVELLE POWELL
      EPH41112@AOL.COM

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLY CATRICE JONES V. RONALD HUGH GUFFEY
01-CV-2019-901336.00

The following matter was FILED on 5/13/2019 5:49:27 PM

C001 JONES KIMBERLY CATRICE
MOTION TO SET FOR TRIAL
[Filer: COLEMAN ROLESSA POWELL]

Notice Date:      5/13/2019 5:49:27 PM

JACQUELINE ANDERSON  SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2019-901336.00

Judge: TAMARA HARRIS JOHNSON

To:  GUFFEY RONALD HUGH (PRO SE)
147 OXFORD ROAD
LEXINGTON, NC, 27292-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLY CATRICE JONES V. RONALD HUGH GUFFEY
01-CV-2019-901336.00

The following matter was FILED on 5/13/2019 5:49:27 PM

C001 JONES KIMBERLY CATRICE
MOTION TO SET FOR TRIAL
[Filer: COLEMAN ROLESSA POWELL]

Notice Date:      5/13/2019 5:49:27 PM

JACQUELINE ANDERSON  SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov

ELECTRONICALLY FILED
5/20/2019 4:22 PM
01-CV-2019-901336.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
JACQUELINE ANDERSON SMITH, CLERK

# STATE OF ALABAMA
Revised 3/5/08

**Unified Judicial System**

01-JEFFERSON

☐ District Court   ☑ Circuit Court

CV2

KIMBERLY CATRICE JONES V. RONALD HUGH GUFFEY

## CIVIL MOTION COVER SHEET

*Name of Filing Party:* C001 - JONES KIMBERLY CATRICE

*Name, Address, and Telephone No. of Attorney or Party. If Not Represented.*

ROLESSA LAVELLE POWELL

714 32ND STREET S

BIRMINGHAM, AL 35233

*Attorney Bar No.:* POW057

☐ Oral Arguments Requested

## TYPE OF MOTION

| Motions Requiring Fee | Motions Not Requiring Fee |
|---|---|
| ☐ Default Judgment ($50.00) | ☐ Add Party |
| ☐ Joinder in Other Party's Dispositive Motion (i.e.Summary Judgment, Judgment on the Pleadings, orother Dispositive Motion not pursuant to Rule 12(b)) ($50.00) | ☐ Amend |
| | ☐ Change of Venue/Transfer |
| | ☐ Compel |
| ☐ Judgment on the Pleadings ($50.00) | ☐ Consolidation |
| ☐ Motion to Dismiss, or in the Alternative SummaryJudgment($50.00) | ☐ Continue |
| | ☐ Deposition |
| ☐ Renewed Dispositive Motion(Summary Judgment,Judgment on the Pleadings, or other DispositiveMotion not pursuant to Rule 12(b)) ($50.00) | ☐ Designate a Mediator |
| | ☐ Judgment as a Matter of Law (during Trial) |
| ☐ Summary Judgment pursuant to Rule 56($50.00) | ☐ Disburse Funds |
| ☐ Motion to Intervene ($297.00) | ☐ Extension of Time |
| ☐ Other _____ | ☐ In Limine |
| pursuant to Rule _____ ($50.00) | ☐ Joinder |
| | ☐ More Definite Statement |
| *Motion fees are enumerated in §12-19-71(a). Fees pursuant to Local Act are not included. Please contact the Clerk of the Court regarding applicable local fees. | ☐ Motion to Dismiss pursuant to Rule 12(b) |
| | ☐ New Trial |
| | ☐ Objection of Exemptions Claimed |
| ☐ Local Court Costs $ 0 | ☐ Pendente Lite |
| | ☐ Plaintiff's Motion to Dismiss |
| | ☐ Preliminary Injunction |
| | ☐ Protective Order |
| | ☑ Quash |
| | ☐ Release from Stay of Execution |
| | ☐ Sanctions |
| | ☐ Sever |
| | ☐ Special Practice in Alabama |
| | ☐ Stay |
| | ☐ Strike |
| | ☐ Supplement to Pending Motion |
| | ☐ Vacate or Modify |
| | ☐ Withdraw |
| | ☐ Other _____ |
| | pursuant to Rule _____ (Subject to Filing Fee) |

Check here if you have filed  or are filing contemporaneously with this motion an Affidavit of Substantial Hardship or if you are filing on behalf of an agency or department of the State, county, or municipal government. (Pursuant to §6-5-1 Code of Alabama (1975), governmental entities are exempt from prepayment of filing fees) ☐

Date:
5/20/2019 4:21:29 PM

Signature of Attorney or Party
/s/ ROLESSA LAVELLE POWELL

*This Cover Sheet must be completed and submitted to the Clerk of Court upon the filing of any motion. Each motion should contain a separate Cover Sheet.
**Motions titled 'Motion to Dismiss' that are not pursuant to Rule 12(b) and are in fact Motions for Summary Judgments are subject to filing fee.

ELECTRONICALLY FILED
5/20/2019 4:22 PM
01-CV-2019-901336.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
JACQUELINE ANDERSON  SMITH, CLERK

## IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALAB AMA
## BIRMINGHAM DIVISION

| | |
|---|---|
| **KIMBERLY CATRICE JONES,** | ) |
| **PLAINTIFF,** | ) **CASE NO: DR2019 901336.00** |
| | ) |
| **VS.** | ) |
| | ) |
| **RONALD HUGH GUFFEY,** | ) |
| **DEFENDANT.** | ) |

## MOTION TO QUASH MOTION TO SET FOR TRIAL AND SCHEDULING ORDER

COMES NOW, Kimberly Catrice Jones by and through her attorney of record and file this motion to set for trial on the following grounds:

1.   Plaintiff need to amend complaint to add an additional Defendant.

2.   Defendant has filed an answer and this cause need to be set for trial.
WHEREFORE PREMISES CONSIDERED, the Attorney of record moves this Court to grant this motion on the above stated grounds.

Respectfully submitted,
/s/Rolessa L. Coleman
Rolessa L. Coleman
Attorney for Plaintiff
714 32nd Street South
Birmingham, AL  35233
(205) 224-4463

## CERTIFICATE OF SERVICE

This certificate of service is to certify that a copy of this Motion to Set for Trial was served on Defendant via US Mail Ronald Guffey 147 Oxford Road Lexington, NC 27292.

OF COUNSEL
Rolessa Coleman



AlaFile E-Notice

01-CV-2019-901336.00

Judge: TAMARA HARRIS JOHNSON

To:   ROLESSA LAVELLE POWELL
      EPH41112@AOL.COM

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLY CATRICE JONES V. RONALD HUGH GUFFEY
01-CV-2019-901336.00

The following matter was FILED on 5/20/2019 4:23:42 PM

C001 JONES KIMBERLY CATRICE
MOTION TO QUASH
[Filer: COLEMAN ROLESSA POWELL]

Notice Date:     5/20/2019 4:23:42 PM

JACQUELINE ANDERSON  SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2019-901336.00

Judge: TAMARA HARRIS JOHNSON

To:  GUFFEY RONALD HUGH (PRO SE)
147 OXFORD ROAD
LEXINGTON, NC, 27292-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLY CATRICE JONES V. RONALD HUGH GUFFEY
01-CV-2019-901336.00

The following matter was FILED on 5/20/2019 4:23:42 PM

C001 JONES KIMBERLY CATRICE
MOTION TO QUASH
[Filer: COLEMAN ROLESSA POWELL]

Notice Date:     5/20/2019 4:23:42 PM

JACQUELINE ANDERSON  SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov

ELECTRONICALLY FILED
5/22/2019 4:58 PM
01-CV-2019-901336.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
JACQUELINE ANDERSON  SMITH, CLERK

**IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
BIRMINGHAM DIVISION**


| | |
|---|---|
| **KIMBERLY CATRICE JONES** | ) |
| | ) |
| | ) |
| **PLAINTIFF,** | ) |
| **VS.** | )    **CV2019-901336.00** |
| | ) |
| **RONALD HUGH GUFFEY** | ) |
| **JHT HOLDINGS/UNIMARK LLC** | ) |
| **DEFENDANTS.** | ) |


No. 1 whether singular or plural, the correct legal designation of the entity known only to the Plaintiffs as JHT HOLDINGS/UNIMARK LLC.;

No. 2 whether singular or plural, the correct legal designation of that person known only to the Plaintiffs as RONALD HUGH GUFFEY;

No. 3 whether singular or plural, the person, firm, corporation or entity who or which owned/leased the tractor-trailer which collided with the Plaintiffs on the occasion made the basis of this lawsuit;

No. 4 whether singular or plural, the person, firm, corporation or entity for whom the operator of the tractor-trailer which collided with the Plaintiffs was acting as agent, servant or employee on the occasion made the basis of this lawsuit;

No. 7 whether singular or plural, the driver of the tractor-trailer which collided with the Plaintiffs whose negligent, wanton and/or wrongful conduct caused the Plaintiffs' injuries and damages on the occasion made the basis of this lawsuit;

No. 8 whether singular or plural, that entity or those entities who or which afforded any insurance coverage to either the driver, the owner or lessee of the tractor-trailer which collided with the Plaintiffs on the occasion made the basis of this lawsuit;

No. 8 whether singular or plural, the correct legal designation of that entity or those entities who or which afforded any uninsured/underinsured insurance coverage to the Plaintiffs for the occurrence made the basis of this lawsuit;

No. 9 whether singular or plural, that person, firm, corporation or entity who or which provided maintenance and upkeep on the tractor-trailer which collided with the Plaintiffs on the date and occasion made the basis of this lawsuit;

No. 10 whether singular or plural, that person, firm, corporation or entity who or which performed any repair work on the tractor-trailer which collided with the Plaintiffs in the occurrence made the basis of this lawsuit;

No. 11 whether singular or plural, that entity or those entities who or which manufactured and/or distributed the tractor-trailer, or any of the component parts thereof, which collided with the Plaintiffs in the occurrence made the basis of this lawsuit;

No. 12 whether singular or plural, that entity or those entities who or which was the master or principal of the driver of the tractor-trailer which collided with the Plaintiffs in the occurrence made the basis of this lawsuit;

No. 13 whether singular or plural, that person, firm, corporation or entity who or which negligently entrusted the tractor-trailer involved in the occurrence made the basis of this lawsuit to the driver thereof at the time of said occurrence;

No. 14 whether singular or plural, that person, firm, corporation or entity who or which owned/leased the tractor-trailer which collided with the Plaintiffs on the occasion made the basis of this lawsuit;

No. 15 whether singular or plural, that entity or those entities who or which afforded any insurance coverage to the owner and/or lessee of the tractor-trailer involved in the occurrence made the basis of this lawsuit;

No. 16 whether singular or plural, that person, firm, corporation or entity who or which repaired, altered and/or maintained the tractor-trailer involved in the occurrence made the basis of this lawsuit;

No. 17 whether singular or plural, that person, firm, corporation or entity who or which tested, inspected, approved, or issued any approval of the tractor-trailer involved in the occurrence made the basis of this lawsuit, any component part thereof or any attended equipment used or available for use therewith;

No. 18 whether singular or plural, that person, firm, corporation or entity who or which had supervisory authority relating to the maintenance, operation, or to the selection, training and/or hiring of the driver of the tractor-trailer which collided with the Plaintiffs on the occasion made the basis of this lawsuit;

No. 19 whether singular or plural, that person, firm, corporation or entity who or which was the holder of the ICC motor carrier permit under which the tractor-trailer which collided with the Plaintiffs was being operated on the date and occasion made the basis of this lawsuit;

No. 20 whether singular or plural, that person, firm, corporation or entity other than those entities hereinabove described, which is the successor in interest of any of those entities hereinabove described;

No. 21 whether singular or plural, that person, firm, corporation or entity other than those described hereinabove whose negligent actions or inactions, wantonness, breach of contract or other wrongful conduct caused or contributed to cause the occurrence made the basis of this lawsuit.  Plaintiffs allege that the identity of the fictitious party Defendants are otherwise unknown at this time, or if known, their identities as proper party Defendants are not known, but their true names will be substituted by amendment when ascertained.

## AMENDED COMPLAINT

## STATEMENT OF THE PARTIES

1.  Plaintiff KIMBERLY CATRICE Jones is over the age of nineteen and at all times material herein resided in Jefferson County, Alabama, within the jurisdiction of this Court.

2.  Defendant RONALD GUFFEY is a resident of the State of Lexington, NC and is over the age of nineteen 19 years. Defendant Ronald Guffey was the operator of the tractor trailer which collided with the Plaintiff on the date and occasion made the basis of this lawsuit.

3.  Defendant JHT HOLDINGS/UNIMARK LLC is a commercial carrier business entity involved interstate transportation doing business in Alabama, within the jurisdiction of this Court.

4.  Parties-Defendant fictitiously identified as Nos. 1 through 21, whose more correct names and identities are unknown to the Plaintiffs at this time, but will be more correctly named when their identities are ascertained, are the respective persons and/or entities who or which fit the descriptions below:

No. 1 whether singular or plural, the correct legal designation of the entity known only to the Plaintiffs as JHT HOLDINGS/UNIMARK LLC.;

No. 2 whether singular or plural, the correct legal designation of that person known only to the Plaintiffs as RONALD HUGH GUFFEY;

No. 3 whether singular or plural, the person, firm, corporation or entity who or which owned/leased the tractor-trailer which collided with the Plaintiffs on the occasion made the basis of this lawsuit;

No. 4 whether singular or plural, the person, firm, corporation or entity for whom the operator of the tractor-trailer which collided with the Plaintiffs was acting as agent, servant or employee on the occasion made the basis of this lawsuit;

No. 7 whether singular or plural, the driver of the tractor-trailer which collided with the Plaintiffs whose negligent, wanton and/or wrongful conduct caused the Plaintiffs' injuries and damages on the occasion made the basis of this lawsuit;

No. 8 whether singular or plural, that entity or those entities who or which afforded any insurance coverage to either the driver, the owner or lessee of the tractor-trailer which collided with the Plaintiffs on the occasion made the basis of this lawsuit;

No. 8 whether singular or plural, the correct legal designation of that entity or those entities who or which afforded any uninsured/underinsured insurance coverage to the Plaintiffs for the occurrence made the basis of this lawsuit;

No. 9 whether singular or plural, that person, firm, corporation or entity who or which provided maintenance and upkeep on the tractor-trailer which collided with the Plaintiffs on the date and occasion made the basis of this lawsuit;

No. 10 whether singular or plural, that person, firm, corporation or entity who or which performed any repair work on the tractor-trailer which collided with the Plaintiffs in the occurrence made the basis of this lawsuit;

No. 11 whether singular or plural, that entity or those entities who or which manufactured and/or distributed the tractor-trailer, or any of the component parts thereof, which collided with the Plaintiffs in the occurrence made the basis of this lawsuit;

No. 12 whether singular or plural, that entity or those entities who or which was the master or principal of the driver of the tractor-trailer which collided with the Plaintiffs in the occurrence made the basis of this lawsuit;

No. 13 whether singular or plural, that person, firm, corporation or entity who or which negligently entrusted the tractor-trailer involved in the occurrence made the basis of this lawsuit to the driver thereof at the time of said occurrence;

No. 14 whether singular or plural, that person, firm, corporation or entity who or which owned/leased the tractor-trailer which collided with the Plaintiffs on the occasion made the basis of this lawsuit;

No. 15 whether singular or plural, that entity or those entities who or which afforded any insurance coverage to the owner and/or lessee of the tractor-trailer involved in the occurrence made the basis of this lawsuit;

No. 16 whether singular or plural, that person, firm, corporation or entity who or which repaired, altered and/or maintained the tractor-trailer involved in the occurrence made the basis of this lawsuit;

No. 17 whether singular or plural, that person, firm, corporation or entity who or which tested, inspected, approved, or issued any approval of the tractor-trailer involved in the occurrence made the basis of this lawsuit, any component part thereof or any attended equipment used or available for use therewith;

No. 18 whether singular or plural, that person, firm, corporation or entity who or which had supervisory authority relating to the maintenance, operation, or to the selection, training and/or hiring of the driver of the tractor-trailer which collided with the Plaintiffs on the occasion made the basis of this lawsuit;

No. 19 whether singular or plural, that person, firm, corporation or entity who or which was the holder of the ICC motor carrier permit under which the tractor-trailer which collided with the Plaintiffs was being operated on the date and occasion made the basis of this lawsuit;

 No. 20 whether singular or plural, that person, firm, corporation or entity other than those entities hereinabove described, which is the successor in interest of any of those entities hereinabove described;

No. 21 whether singular or plural, that person, firm, corporation or entity other than those described hereinabove whose negligent actions or inactions, wantonness, breach of contract or other wrongful conduct

caused or contributed to cause the occurrence made the basis of this lawsuit.  Plaintiffs allege that the identity of the fictitious party Defendants are otherwise unknown at this time, or if known, their identities as proper party Defendants are not known, but their true names will be substituted by amendment when ascertained.

## STATEMENT OF THE FACTS

5 .  Plaintiff adopt by reference the foregoing paragraphs as if they were set out in full herein.

6.   On or about May 22, 2018, Plaintiff, KIMBERLY CATRICE JONES was lawfully operating his vehicle northbound on Interstate I20 West at its intersection with I20 W Entrance Ramp 11.  At said time and place, Defendant RONALD HUGH GUFFEY was driving a tractor trailer owned and maintained by Defendant JHTHOLDINGS/UNIMARK  (and the Defendants fictiously identified as Nos. 1 – 21), Defendant negligently and/or wantonly went to apply his brakes, his trailer begin to shift. Due to braking, the Defendant's trailer began to shift and struck Plaintiff's car which was in the left lane.

7.   Parties-Defendant fictiously identified as Nos. 1 through 21, whose more correct names and identities are unknown to the Plaintiff's at this time, but will be more correctly named when their identities are ascertained, are the respective persons and/or entities who or which fir the descriptions below.

No. 1 whether singular or plural, the correct legal designation of the entity known only to the Plaintiffs as JHT HOLDINGS/UNIMARK.;

No. 2 whether singular or plural, the correct legal designation of that person known only to the Plaintiffs as RONALD HUGH GUFFEY;

No. 3 whether singular or plural, the person, firm, corporation or entity who or which owned/leased the tractor-trailer which collided with the Plaintiffs on the occasion made the basis of this lawsuit;

No. 4 whether singular or plural, the person, firm, corporation or entity for whom the operator of the tractor-trailer which collided with the Plaintiffs was acting as agent, servant or employee on the occasion made the basis of this lawsuit;

No. 5 whether singular or plural, the driver of the tractor-trailer which collided with the Plaintiffs whose negligent, wanton and/or wrongful conduct caused the Plaintiffs' injuries and damages on the occasion made the basis of this lawsuit;

No. 6 whether singular or plural, that entity or those entities who or which afforded any insurance coverage to either the driver, the owner or lessee of the tractor-trailer which collided with the Plaintiffs on the occasion made the basis of this lawsuit;

No. 7 whether singular or plural, the correct legal designation of that entity or those entities who or which afforded any uninsured/underinsured insurance coverage to the Plaintiffs for the occurrence made the basis of this lawsuit;

No. 8 whether singular or plural, that person, firm, corporation or entity who or which provided maintenance and upkeep on the tractor-trailer which collided with the Plaintiffs on the date and occasion made the basis of this lawsuit;

No. 9 whether singular or plural, that person, firm, corporation or entity who or which performed any repair work on the tractor-trailer which collided with the Plaintiffs in the occurrence made the basis of this lawsuit;

No. 12 whether singular or plural, that entity or those entities who or which manufactured and/or distributed the tractor-trailer, or any of the component parts thereof, which collided with the Plaintiffs in the occurrence made the basis of this lawsuit;

No. 13 whether singular or plural, that entity or those entities who or which was the master or principal of the driver of the tractor-trailer which collided with the Plaintiffs in the occurrence made the basis of this lawsuit;

No. 14 whether singular or plural, that person, firm, corporation or entity who or which negligently entrusted the tractor-trailer involved in the occurrence made the basis of this lawsuit to the driver thereof at the time of said occurrence;

No. 14 whether singular or plural, that person, firm, corporation or entity who or which owned/leased the tractor-trailer which collided with the Plaintiffs on the occasion made the basis of this lawsuit;

No. 15 whether singular or plural, that entity or those entities who or which afforded any insurance coverage to the owner and/or lessee of the tractor-trailer involved in the occurrence made the basis of this lawsuit;

No. 16 whether singular or plural, that person, firm, corporation or entity who or which repaired, altered and/or maintained the tractor-trailer involved in the occurrence made the basis of this lawsuit;

No. 17 whether singular or plural, that person, firm, corporation or entity who or which tested, inspected, approved, or issued any approval of the tractor-trailer involved in the occurrence made the basis of this lawsuit, any component part thereof or any attended equipment used or available for use therewith;

No. 18 whether singular or plural, that person, firm, corporation or entity who or which had supervisory authority relating to the maintenance, operation, or to the selection, training and/or hiring of the driver of the tractor-trailer which collided with the Plaintiffs on the occasion made the basis of this lawsuit;

No. 19 whether singular or plural, that person, firm, corporation or entity who or which was the holder of the ICC motor carrier permit under which the tractor-trailer which collided with the Plaintiffs was being operated on the date and occasion made the basis of this lawsuit;

No. 20 whether singular or plural, that person, firm, corporation or entity other than those entities hereinabove described, which is the successor in interest of any of those entities hereinabove described;

No. 21 whether singular or plural, that person, firm, corporation or entity other than those described hereinabove whose negligent actions or inactions, wantonness, breach of contract or other wrongful conduct

## **COUNT ONE**

### **NEGLIGENCE/WANTONNESS**

8.  Plaintiffs adopt and re-allege the foregoing Paragraphs, as if fully set

forth herein.

9. On or about May 22, 2018, Plaintiff, KIMBERLY CATRICE JONES

was lawfully operating his vehicle northbound on Interstate I20 West at its

intersection with I20 W Entrance Ramp 11.  At said time and place,

Defendant RONALD HUGH GUFFEY was driving a tractor trailer own and

maintained by Defendant JHTHOLDINGS/UNIMARK LLC (and the Defendants

fictitiously identified as Nos. 1 – 21), Defendant negligently and/or

wantonly went to apply his brakes, his trailer begin to shift. Due to braking,

the Defendant's trailer began to shift and struck Plaintiff's car which was in the

left lane or about May 22, 2018. The direct and proximate cause of plaintiff's

injuries was he negligence, recklessness, carelessness and/or wantonness of

the Defendant (and the Defendants fictitiously identified as Nos. 1-21).

WHEREFORE, Plaintiff KIMBERLY CATRICE JONES demands

compensatory and punitive damages against the Defendants RONALD

GUFFEY., (and the Defendants fictitiously identified as Nos. 1 – 21) and

Defendant JHT HOLDINGS/UNIMARK determined by a bench trial, plus interest

and costs.

## **COUNT TWO**

### **NEGLIGENT/WANTON HIRING, TRAINING AND SUPERVISION BY DEFENDANT JHT HOLDINGS/UNIMARK**

10. Plaintiff re-allege each and every allegation as if fully set

forth, herein.

11. Defendant JHT Holdings/Unimark , (and the Defendants fictitiously

identified as Nos. 1 – 21) had a duty to properly hire, train, and supervise safe

and competent drivers.

12. Defendant JHT Holdings/Unimark breached its duty owed to the public, including Plaintiff, by negligently and wantonly hiring, training and supervising the Defendant RONALD GUFFEY, proximately causing the collision described in the Complaint.

.

## COUNT THREE

### NEGLIGENT/WANTON ENTRUSTMENT BY DEFENDANT JHT HOLDINGS/UNIMARK

13. Plaintiffs re-allege each and every previous allegation as if fully set forth herein.

14. Defendant JHT Holdings/Unimark, (and the Defendants fictitiously identified as Nos. 1 – 21) had a duty to only entrust its company vehicle to safe and competent drivers.

15. Defendant JHT Holdings/Unimark., (and the Defendants fictitiously identified as Nos. 1 – 21) breached its duty owed to the public, including Plaintiff, KIMBERLY CATRICE JONES proximately resulting in the collision described in this Complaint.

16. As a proximate consequence of said negligent and/or wanton entrustment of the Defendant JHT Holdings/Unimark (and the Defendants fictitiously identified as Nos. 1 – 21), Plaintiff KIMBERLY CATRICE JONES was caused to suffer the injuries and damages described  herein.

WHEREFORE, Plaintiff KIMBERLY CATRICE JONES demands compensatory and punitive damages against the Defendant JHT Holdings/Unimark., (and the Defendants fictitiously identified as Nos. 1 – 21) in

an amount to be determined by a bench trial, plus interest and costs.

Respectfully submitted

/s/Rolessa L. Coleman
Rolessa P. Coleman (POW057)
Attorney for Plaintiff
714 32nd Street South
Birmingham, AL 35233
(205) 224-4463

**<u>SERVE DEFENDANTS BY CERTIFIED MAIL:</u>**
JHT/Holdings/Unimark
c/o Prentice Hall Corporation Registered Agent
150 S Perry Street
Montgomery, AL 36104

Ronald H. Guffey
147 Oxford Road
Lexington, NC 27292



AlaFile E-Notice

01-CV-2019-901336.00

To:  ROLESSA LAVELLE POWELL
     EPH41112@AOL.COM

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLY CATRICE JONES V. RONALD HUGH GUFFEY
01-CV-2019-901336.00

The following complaint was FILED on 5/22/2019 4:59:04 PM

Notice Date:     5/22/2019 4:59:04 PM

JACQUELINE ANDERSON  SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2019-901336.00

To:   GUFFEY RONALD HUGH (PRO SE)
      147 OXFORD ROAD
      LEXINGTON, NC, 27292-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLY CATRICE JONES V. RONALD HUGH GUFFEY
01-CV-2019-901336.00

The following complaint was FILED on 5/22/2019 4:59:04 PM

Notice Date:      5/22/2019 4:59:04 PM

JACQUELINE ANDERSON  SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2019-901336.00

To:   RONALD HUGH GUFFEY
      147 OXFORD ROAD
      LEXINGTON, NC, 27292

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLY CATRICE JONES V. RONALD HUGH GUFFEY
01-CV-2019-901336.00

The following complaint was FILED on 5/22/2019 4:59:04 PM

Notice Date:     5/22/2019 4:59:04 PM

JACQUELINE ANDERSON  SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2019-901336.00

To:  JHT HOLDINGS/UNIMARK
     ATTN: PRENTICE HALL CORP
     150 S RIPLEY STREET
     MONTOGMERY, AL, 36104

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLY CATRICE JONES V. RONALD HUGH GUFFEY
01-CV-2019-901336.00

The following complaint was FILED on 5/22/2019 4:59:04 PM

Notice Date:      5/22/2019 4:59:04 PM

Service by sheriff in 03 - MONTGOMERY County

JACQUELINE ANDERSON  SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>01-CV-2019-901336.00 |
|---|---|---|

## IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
## KIMBERLY CATRICE JONES V. RONALD HUGH GUFFEY

**NOTICE TO:** RONALD HUGH GUFFEY, 147 OXFORD ROAD, LEXINGTON, NC 27292

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), ROLESSA LAVELLE POWELL                                                                ,

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 714 32ND STREET S, BIRMINGHAM, AL 35233                                .

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of JONES KIMBERLY CATRICE
*[Name(s)]*
pursuant to the Alabama Rules of the Civil Procedure.

| 5/22/2019 4:59:04 PM | /s/ JACQUELINE ANDERSON  SMITH | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.          /s/ ROLESSA LAVELLE POWELL
*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____.
*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,
*(Name of Person Served)*          *(Name of County)*

Alabama on _____.
*(Date)*

| | | |
|---|---|---|
| | | *(Address of Server)* |
| *(Type of Process Server)* | *(Server's Signature)* | |
| | *(Server's Printed Name)* | *(Phone Number of Server)* |

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>01-CV-2019-901336.00 |
| --- | --- | --- |

### IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
### KIMBERLY CATRICE JONES V. RONALD HUGH GUFFEY

**NOTICE TO:** JHT HOLDINGS/UNIMARK, ATTN: PRENTICE HALL CORP 150 S RIPLEY STREET, MONTGOMERY, AL 36104

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), ROLESSA LAVELLE POWELL

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 714 32ND STREET S, BIRMINGHAM, AL 35233

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☑ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of _____

pursuant to the Alabama Rules of the Civil Procedure.                          *[Name(s)]*

5/22/2019 4:59:04 PM          /s/ JACQUELINE ANDERSON  SMITH          By: _____

*(Date)*                          *(Signature of Clerk)*                          *(Name)*

☐ Certified Mail is hereby requested.

*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____.

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

*(Name of Person Served)*                          *(Name of County)*

Alabama on _____.

*(Date)*

_____          _____          _____

*(Type of Process Server)*          *(Server's Signature)*          *(Address of Server)*

_____          _____

*(Server's Printed Name)*          *(Phone Number of Server)*

ELECTRONICALLY FILED
6/17/2019 8:58 AM
01-CV-2019-901336.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
JACQUELINE ANDERSON  SMITH, CLERK

**IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA**
**BIRMINGHAM DIVISION**

| | | |
|---|---|---|
| **KIMBERLY CATRICE JONES,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No.: 01-CV-2019-901336** |
| | ) | |
| **RONALD HUGH GUFFEY, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |

---

### AMENDED ANSWER

---

COMES NOW Defendant, **Ronald Hugh Guffey**, by and through the undersigned counsel, and files this Amended Answer to Plaintiff's Complaint as follows:

### FIRST DEFENSE

Defendant pleads the general issue and says he is not liable for the matters with which he is charged in the Complaint and demands strict proof thereof.

### SECOND DEFENSE

The Complaint and each count thereof fails to state a claim against Defendant upon which relief can be granted.

### THIRD DEFENSE

Defendant denies the charges of negligence and wantonness in the Complaint and demands strict proof thereof.

### FOURTH DEFENSE

Defendant avers there is no causal connection or relationship between any alleged negligence on the part of this defendant and the alleged injuries or damages contained in the Complaint.

### FIFTH DEFENSE

Defendant avers Plaintiff's alleged damages were the result of an act of God.

### SIXTH DEFENSE

Defendant pleads estoppel.

### SEVENTH DEFENSE

Defendant pleads contributory negligence.

### EIGHTH DEFENSE

Defendant pleads waiver.

### NINTH DEFENSE

Defendant pleads not guilty to the matters and things alleged.

### TENTH DEFENSE

Defendant denies Plaintiff was injured to the nature and extent claimed, and contests damages and demands strict proof thereof.

### ELEVENTH DEFENSE

Defendant pleads the affirmative defense of improper venue and specifically asserts Ala. Code § 6-3-21.1 (1975).

### TWELFTH DEFENSE

Defendant pleads the sudden emergency doctrine.

### THIRTEENTH DEFENSE

Defendant avers Plaintiff's damages were the proximate results of acts and/or omissions of third parties which were neither employed by, nor acting on behalf of, this defendant.

### FOURTEENTH DEFENSE

Defendant pleads the superseding and intervening acts of third parties were the proximate cause of Plaintiff's claimed damages.

### FIFTEENTH DEFENSE

Defendant claims as a set off any monies received by, or paid on behalf of, Plaintiff for the acts or injuries alleged in Plaintiff's Complaint, including insurance proceeds or settlements of any kind.

### SIXTEENTH DEFENSE

Defendant avers some or all of Plaintiff's claims are barred by Plaintiff's failure to mitigate damages.

### SEVENTEENTH DEFENSE

Defendant pleads the doctrine of last clear chance.

### EIGHTEENTH DEFENSE

Defendant says Plaintiff violated one or more of the Rules of the Road of the State of Alabama, and such violation proximately caused, or contributed to cause, the injuries complained of in Plaintiff's Complaint.

### NINETEENTH DEFENSE

For that on the occasion complained of, Plaintiff assumed the risk of Plaintiff's injuries with knowledge of the dangers involved in the act Plaintiff was performing at the time of said injuries.

### TWENTIETH DEFENSE

Defendant denies there was any causal relationship between any of his alleged activities and the alleged injuries of Plaintiff.

### TWENTY-FIRST DEFENSE

Defendant pleads the affirmative defense of release.

### TWENTY-SECOND DEFENSE

Defendant pleads the defense of unavoidable accident.

### TWENTY-THIRD DEFENSE

Defendant avers some or all of Plaintiff's claims are barred by the applicable statute of limitations and/or statute of repose.

### TWENTY-FOURTH DEFENSE

Defendant pleads the affirmative defense of lack of capacity to sue.

### TWENTY-FIFTH DEFENSE

Defendant asserts Plaintiff's Complaint is due to be dismissed for failure to join a necessary and indispensable party.

### TWENTY-SIXTH DEFENSE

Defendant pleads insufficient process and/or insufficient service of process.

### TWENTY-SEVENTH DEFENSE

Defendant pleads Plaintiff is not the real party at interest and lacks standing.

### TWENTY-EIGHTH DEFENSE

Defendant pleads spoliation of evidence.

### TWENTY-NINTH DEFENSE

Some or all of Plaintiff's claims may be barred by the doctrines of waiver, estoppel, laches, release, payment, res judicata, lack of standing, accord and satisfaction, and/or unclean hands.

### THIRTIETH DEFENSE

Defendant denies the material allegations of the Complaint and denies that he, or anyone acting on his behalf, breached any duty owed to Plaintiff.

### THIRTY-FIRST DEFENSE

Plaintiff's claims are subject to the limitations and protections of § 6-11-27 and § 6-11-23 of the Alabama Code.

### THIRTY-SECOND DEFENSE

Plaintiff's claims to punitive damages, and the provisions of Alabama law governing the right to recover punitive damages or the determination of the amount of punitive damages, violate Defendant's rights, including Defendant's right to due process and equal protection, guaranteed by the Fifth, Eighth, and Fourteenth Amendments of the United States Constitution and/or the federal common law and/or the public policies of the United States.

4

**THIRTY-THIRD DEFENSE**

Plaintiff's claims to punitive damages, and the provisions of Alabama law governing the right to recover punitive damages or the determination of the amount of punitive damages, violate Defendant's rights, including Defendant's right to due process and equal protection, guaranteed by the Alabama Constitution and/or the common law or public policies of Alabama. The procedures pursuant to which punitive damages may be awarded violate Article I, sections 1, 6, 7, 13, 15, and 22 of the Alabama Constitution.

**THIRTY-FOURTH DEFENSE**

An award of punitive damages will violate Defendant's right to due process of law under the Fifth and Fourteenth Amendments to the United States Constitution and Defendant's rights under Article I, §§ 6 and 13 of the Constitution of Alabama of 1901, because under Alabama law the applicable standards are unconstitutionally vague, indefinite, and uncertain, and (a) fails to provide Defendant adequate notice consistent with due process; (b) fails to provide the judge or jury with constitutionally adequate standards of sufficient clarity, objectivity, and uniformity to determine any award of punitive damages; (c) fails to provide the judge or jury constitutionally appropriate instructions concerning the applicable legal principles of punishment and deterrence; (d) fails to prohibit any award of punitive damages, in whole or in part, on the basis of individually discriminatory biases, prejudices, or characteristics, including without limitation the residence, wealth, and status of Defendant; (e) fails to prohibit inconsistent or duplicative verdicts or judgments based upon the same course of conduct in more than one action; (f) fails to adequately and clearly define, consistent with the requirements and principles of the Alabama Constitution, the necessary culpable conduct or mental state required as a prerequisite of an award of punitive damages permissible; and (g) fails to provide for adequate judicial review on the basis of constitutionally adequate standards of sufficient clarity, objectivity, and uniformity.

## THIRTY-FIFTH DEFENSE

Plaintiff's claim for punitive damages against Defendant violates Defendant's rights under the Equal Protection Clause and the Due Process Clause of the Fifth and Fourteenth Amendments to the United States Constitution and Article I, §§ 1, 6, 13 and 22 of the Alabama Constitution, and will be improper under the common law and public policies of the State of Alabama and the United States of America because punitive damages may be awarded jointly and severally against some or all of the defendants for different acts of alleged wrongdoing without apportionment among them based on the respective enormity of their alleged misconduct.

## THIRTY-SIXTH DEFENSE

Plaintiff's claim for punitive damages is barred because any award of punitive damages against Defendant will constitute a violation of the Commerce Clause of Article I, § 9 of the United States Constitution.

## THIRTY-SEVENTH DEFENSE

An award of punitive damages in this case would violate Defendant's rights under the Fourth, Fifth, Sixth and Fourteenth Amendments to the United States Constitution and Article 1, sections 1, 5, 6, 7, 9, 11, 13 and 22 of the Alabama Constitution. These rights will be violated unless Defendant is afforded the safeguards guaranteed by these provisions.

## THIRTY-EIGHTH DEFENSE

The claims of Plaintiff for punitive damages against Defendant cannot be upheld, because an award of punitive damages under Alabama law for the purpose of compensating Plaintiff for elements of damage not otherwise recognized by Alabama law would violate Defendant's due process rights guaranteed by the United States Constitution and by the due process provisions of the Alabama Constitution.

**THIRTY-NINTH DEFENSE**

The claims of Plaintiff for punitive damages against Defendant cannot be upheld to the extent they are inconsistent with, or in violation of, any law passed by the United States Congress or the Alabama Legislature limiting awards of punitive damages.

**FORTIETH DEFENSE**

Plaintiff's claim for punitive damages cannot be upheld to the extent it violates or contravenes the holding of the United States Supreme Court in ruling on the cases of *BMW of North America v. Gore*, 517 U.S. 559 (1996), *State Farm Mut. Auto Ins. Co. v. Campbell*, 123 S. Ct. 1513 (2003), or *Exxon Shipping Co.  v. Baker*, 128 S. Ct. 2605 (2008).

**FORTY-FIRST DEFENSE**

The Alabama statute authorizing punitive damages, Alabama Code § 6-11-20 (1993), is unconstitutionally vague as written, construed, and applied.

**FORTY-SECOND DEFENSE**

Plaintiff's demand for punitive damages violates the Due Process Clause of the Fourteenth Amendment in that Plaintiff's claim for punitive damages is not necessary to vindicate the State's interest in punishing Defendant and deterring it from future misconduct.  Moreover, Plaintiff's claim for punitive damages violates the Due Process Clause of the Fourteenth Amendment in that this claim seeks to punish Defendant for allegedly harming persons who are not before the Court.

**FORTY-THIRD DEFENSE**

Any award of punitive damages in this case is subject to scrutiny under the factors set forth in *BMW v. Gore*, 517 U.S. 559, 116 S. Ct. 1589 (1996), and as applied in *Mobile Infirmary Association v. Tyler*, 981 So. 2d 1077 (Ala. 2007).

**FORTY-FOURTH DEFENSE**

Defendant pleads the defense of lack of personal jurisdiction.

**FORTY-FIFTH DEFENSE**

Defendant pleads the defense of lack of subject matter jurisdiction.

**FORTY-SIXTH DEFENSE**

Defendant reserves the right to amend and/or supplement this Answer should discovery reveal new or other available defenses.

**DEFENDANT DEMANDS TRIAL BY STRUCK JURY**

Respectfully submitted,

s/ Carrie H. Bates
Thomas L. Oliver, II (OLI013)
Carrie H. Bates (HOD022)
Attorneys for Defendant Ronald Hugh Guffey

**OF COUNSEL:**

**CARR ALLISON**
100 Vestavia Parkway
Birmingham, Alabama 35216
Telephone:    (205) 822-2006
Facsimile:    (205) 822-2057
E-Mail:       toliver@carrallison.com
              cbates@carrallison.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this the 17th day of June, 2019, I served a copy of the above and

foregoing on the following by:

   \_\_\_\_\_   Facsimile transmission;

   \_\_\_\_\_   Hand Delivery;

   \_\_\_\_\_   Placing a copy of same in the United States Mail, properly addressed and first class postage prepaid to; and/or

    x   Using the Alafile or CM/ECF system which will send notifications of such to the following:

Rolessa L. Coleman, Esq.
714 32nd Street South
Birmingham, Alabama 35233
Telephone:      (205) 224-4463

s/ Carrie H. Bates
OF COUNSEL



AlaFile E-Notice

01-CV-2019-901336.00

To:   CARRIE Jo Hodge Bates
      cbates@carrallison.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLY CATRICE JONES V. RONALD HUGH GUFFEY
01-CV-2019-901336.00

The following answer was FILED on 6/17/2019 9:00:03 AM

Notice Date:      6/17/2019 9:00:03 AM

JACQUELINE ANDERSON  SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2019-901336.00

To:  GUFFEY RONALD HUGH (PRO SE)
147 OXFORD ROAD
LEXINGTON, NC, 27292-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLY CATRICE JONES V. RONALD HUGH GUFFEY
01-CV-2019-901336.00

The following answer was FILED on 6/17/2019 9:00:03 AM

Notice Date:     6/17/2019 9:00:03 AM

JACQUELINE ANDERSON  SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2019-901336.00

To: JHT HOLDINGS/UNIMARK (PRO SE)
ATTN: PRENTICE HALL CORP
150 S RIPLEY STREET
MONTOGMERY, AL, 36104-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLY CATRICE JONES V. RONALD HUGH GUFFEY
01-CV-2019-901336.00

The following answer was FILED on 6/17/2019 9:00:03 AM

Notice Date:     6/17/2019 9:00:03 AM

JACQUELINE ANDERSON  SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2019-901336.00

To:   COLEMAN ROLESSA POWELL
      EPH41112@AOL.COM

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KIMBERLY CATRICE JONES V. RONALD HUGH GUFFEY
01-CV-2019-901336.00

The following answer was FILED on 6/17/2019 9:00:03 AM

Notice Date:      6/17/2019 9:00:03 AM

JACQUELINE ANDERSON  SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov

JUN 2 4 2019



# NOTICE TO CLERK

REQUIREMENTS FOR COMPLETING SERVICE BY
CERTIFIED MAIL OR FIRST CLASS MAIL

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
KIMBERLY CATRICE JONES V. RONALD HUGH GUFFEY

01-CV-2019-901336.00

To:  CLERK BIRMINGHAM
     clerk.birmingham@alacourt.gov

TOTAL POSTAGE PAID: $7.75

Parties to be served by Certified Mail - Return Receipt Requested

RONALD HUGH GUFFEY          *AMENDED  D001*          Postage: $7.75
147 OXFORD ROAD
LEXINGTON, NC 27292

7012 2920 0001 7086 3750

Parties to be served by Certifi[ed]                      [Reque]sted

Parties to be served by First C[lass]

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark
Here

JUN 2 4 2019

Sent To
RONALD HUGH GUFFEY

Street, Apt. No.; or PO Box No.
147 OXFORD ROAD

City, State, ZIP+4
LEXINGTON, NC 27292

PS Form 3800, August 2006          See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

RONALD HUGH GUFFEY

147 OXFORD ROAD

LEXINGTON, NC 27292



9590 9402 4172 8092 6282 03

2. Article Number *(Transfer from service label)*

7012 2920 0001 7086 3750

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent

☐ Addressee

B. Received by *(Printed Name)*     C. Date of Delivery

D. Is delivery address different from item 1?    ☐ Yes
   If YES, enter delivery address below:    ☐ No

AMENDED
DWI

CV-2019-901336 SHO

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
■ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
■ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053     Domestic Return Receipt

*AMENDED*

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>01-CV-2019-901336.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
### KIMBERLY CATRICE JONES V. RONALD HUGH GUFFEY

**NOTICE TO:** JHT HOLDINGS/UNIMARK, ATTN: PRENTICE HALL CORP 150 S RIPLEY STREET, MONTGOMERY, AL 36104

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), ROLESSA LAVELLE POWELL

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: 714 32ND STREET S, BIRMINGHAM, AL 35233

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT

01CV201990133600

| **TO ANY SHERIFF OR ANY** ... **VIL**<br>**P** ... | |
|---|---|
| ☑ You are hereby commanded to serve ... nt in<br>this action upon the above-named Def ... <br>☐ Service by certified mail of this Summo ... JHT HOLDINGS ... Wit<br>pursuant to the Alabama Rules of the Civil Procedure. | *(Name(s))* |
| 5/22/2019 4:59:04 PM | /s/ JACQUELINE ANDERSON SMITH | By: ~~~ |
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☐ Certified Mail is hereby requested.

*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____

*(Date)*

☑ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

Kelly Webster in Montgomery County,

*(Name of Person Served)*     *(Name of County)*

Alabama on 6-4-19

*(Date)*

CSO *(Type of Process Server)*

*(Server's Signature)*

Jerome Powell *(Server's Printed Name)*

Montgomery Sheriff *(Address of Server)*

832-1337 *(Phone Number of Server)*

**01-CV-2019-901336.00**
### KIMBERLY CATRICE JONES V. RONALD HUGH GUFFEY

| C001 - JONES KIMBERLY CATRICE | v. | D002 - JHT HOLDINGS/UNIMARK |
|---|---|---|
| *(Plaintiff)* | | *(Defendant)* |

RECEIVED JUN 2 6 2019

**SERVICE RETURN COPY**